THE WESTERN UNION TELEGRAPH COMPANY *v.* RAWLINGS.

SIMMONS, C. J.—This case is controlled by that of *Western Union Telegraph Company* v. *Howell*, decided this day. *Ante,* 194.
December 21, 1894.                          *Judgment affirmed.*

Action for penalty. Before Judge GAMBLE. Washington superior court. March term, 1894.

GUSTIN, GUERRY & HALL, for plaintiff in error.

HARRIS & RAWLINGS, HINES & HALE and FELDER & DAVIS, *contra*.